PROB 12C
(7/93)

Report Date: March 20, 2015

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fernando G. Castaneda         Case Numbers: 0980 2:08CR02054-WFN-1
                                                              0980 2:08CR02055-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 16, 2008

| | |
|---|---|
| Original Offense: | 0980 2:08CR02054-WFN-1 - Felon in Possession of a Firearm, 18 U.S.C. § 922; 0980 2:08CR02055-WFN-1 - Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | 0980 2:08CR02054-WFN-1 Prison - 30 months; TSR - 36 months |
| | 0980 2:08CR02055-WFN-1 Prison - 84 months; TSR - 48 months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | July 25, 2014 |
| Defense Attorney: | Michael M. Lynch | Date Supervision Expires: | July 24, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Fernando Castaneda was arrested by local law enforcement officers on March 19, 2015, for possession of a controlled substance with intent to deliver, Yakima Police Department case number 15Y010134. |
| | The defendant is currently detained at the Yakima County Jail and bail has not yet been determined. No additional information is available at this time. |

2    **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

    **Supporting Evidence**: Fernando Castaneda associated with two convicted felons on several occasions between October 2014 and February 2015.

    On March 19, 2015, Mr. Castaneda admitted to the undersigned officer that he had been associating with convicted felons, Edward Martinez (1:14CR02017-LRS-1), and Andrew Reihs (2:06CR02186-RHW-1), both of whom are on federal supervision. The defendant stated he had contact with them on several occasions between October 2014 and February 2015. It should be noted that Mr. Reihs was recently arrested by local authorities on March 11, 2015, for possession of a controlled substance with intent to deliver.

3    **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: Fernando Castaneda consumed alcohol on several occasions between October 2014 and February 2015.

    On March 19, 2015, Mr. Castaneda admitted to the undersigned officer that he had consumed alcohol on several occasions between October 2014 and February 2015. He also stated at times he would consume alcohol with the convicted felons noted in violation 2.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 20, 2015

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/20/2015

Date